IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JONPAUL ANTHONY HARMS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4538

Opinion filed March 3, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Jonpaul Anthony Harms, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

WOLF, MAKAR, and OSTERHAUS, JJ., CONCUR.